AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

GAIL DeSIMONE

APPEARANCE

CASE NUMBER: 1:08-MJ-42A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GAIL DeSIMONE

I certify that I am admitted to practice in this court.

3-17-08
*Date*

Robert B. Mann
*Signature*


Robert MANN 0153
*Print Name* *Bar Number*

610 TURKS HD PL
*Address*

PROV RI 02903
*City* *State* *Zip Code*

351-5770 521-4305
*Phone Number* *Fax Number*


This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.