AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

GAIL DeSIMONE

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08-MJ-42A

I, GAIL DeSIMONE, charged in a (complaint) (petition) pending in this District with CONCEALING AN ESCAPED PRISONER in violation of Title 18, U.S.C., 1072, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Gail DeSimone

*Defendant*

3-17-08

*Date*

Robert B. Mann

*Counsel for Defendant*