14628868

RECEIVED
U.S. MARSHALS SERVICE
MAR 17 2008

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

V.

GAIL DESIMONE

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-422A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gail DeSimone
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONCEALING AN ESCAPED PRISONER

in violation of Title 18 United States Code, Section(s) 1072

LINCOLN D. ALMOND
Name of Issuing Officer

USMJ
Title of Issuing Officer

[signature]
Signature of Issuing Officer

3/16/08 KINGSTON RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Office | | |
| DATE RECEIVED 03/17/2008 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/17/2008 | | |

This form was electronically produced by Elite Federal Forms, Inc.