UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:08-MJ-42A |
| | ) | |
| GAIL DESIMONE | ) | |

ORDER

The conditions of release are modified as follows:

1) That the requirement of participation in a home confinement program is vacated and restrictions on the defendant's travel outside of her home are vacated, except that her travel is restricted to the District of Rhode Island.

2) The order of no contact with Rocco DeSimone is vacated.

ENTER:

USMJ

PER ORDER:

Presented by:

/s/Robert B. Mann
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770