IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 08 68S

UNITED STATES OF AMERICA )
)
v. ) CR. No.
) In violation of 18 U.S.C.
) § 1072
)
GAIL DESIMONE )

FILED
JUL 31 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

On or about March 16, 2008, in the District of Rhode Island and elsewhere, defendant GAIL DESIMONE, a resident of Rhode Island, did willfully harbor and conceal a prisoner, to wit her husband Rocco DeSimone, after his escape from the custody of the Attorney General or from a federal penal or correctional institution.

In violation of Title 18, United States Code, Section 1072.

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

Luis M. Matos

LUIS M. MATOS
First Assistant U.S. Attorney

DATE: 7-31-08