AO 455 (Rev. 5/85) Waiver of Indictment

U.S. DISTRICT COURT
DISTRICT OF R.I.
JUL 31 2008
RECEIVED

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
GAIL DESIMONE

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 68S

I, GAIL DESIMONE, the above named defendant, who is accused of Harboring and concealing a prisoner

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 18, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GAIL DESIMONE [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer USMJ